UNITED STATES DISTRICT COURT           JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-8075-JFW (JCGx)**                                    Date: **March 16, 2011**

Title:   Ireneo Punzalan Jr., et al. -v- Aegis Wholesale Corporation, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**     DISMISSAL OF ACTION FOR LACK OF PROSECUTION

On March 3, 2011, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. Plaintiff was to respond to the Court's Order to Show Cause no later than March 14, 2011.

As of the date of this Order, Plaintiff has not filed an application for default or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr